UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

KAWANNA MANNING AND K.M, M.M. BY AND
THROUGH THEIR GUARDIAN AND NEXT FRIEND
KAWANNA MANNING                                                          PLAINTIFF

V.                                              CIVIL ACTION NO. 3:11 CV 73 DPJ-FKB

WESTOVER APARTMENTS, LLC, ET AL.                              DEFENDANTS

ORDER

        This cause is before the Court on motion of Defendant Danny Pettey to dismiss Plaintiffs'

claims against him pursuant to Federal Rule of Civil Procedure 12(b)(5).  Plaintiffs concede that

service was not proper on Danny Pettey and do not contest to dismissal of their claims against

him without prejudice.

        Accordingly, Defendant's motion to dismiss [8] is granted.  Defendant Pettey is

dismissed from this action.

        **SO ORDERED AND ADJUDGED** this the 11th day of April, 2011.

                                        s/ *Daniel P. Jordan III*
                                        UNITED STATES DISTRICT JUDGE